IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNYRD SKYNYRD PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 21-cv-04250<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Susan E. Cox** |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff Lynyrd Skynyrd Productions, Inc. ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that there is sufficient evidence at this early stage that the Court has personal jurisdiction over Defendants because Defendants appear to directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois,

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "LYNYRD SKYNYRD Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LYNYRD SKYNYRD Trademarks. *See* Docket No. [13], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the LYNYRD SKNYRD trademarks. A list of the LYNYRD SKYNYRD Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 2,268,065 | LYNYRD SKYNYRD | For: clothing, namely, T-shirts, sweatshirts, hats and bandannas in class 025. |
| 2,240,157 | LYNYRD SKYNYRD | For: pre-recorded compact discs, audio cassettes, video cassettes, albums, and sound recordings featuring musical performances in class 009. |
| 2,271,355 | LYNYRD SKYNYRD | For: entertainment in the nature of live performances by a musical group in class 041. |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Allie Shapland in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order,

Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the LYNYRD SKYNYRD Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Lynyrd Skynyrd product or not authorized by Plaintiff to be sold in connection with the LYNYRD SKYNYRD Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Lynyrd Skynyrd product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the LYNYRD SKYNYRD Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the LYNYRD SKYNYRD Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online

Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defendants in connection with the sale of counterfeit and infringing goods using the LYNYRD SKYNYRD Trademarks.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Allie Shapland, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Allie Shapland and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Allie Shapland [13], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court ten thousand dollars ($10,000), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 8:00 a.m. on this 16th day of August 2021 and shall remain in effect for fourteen (14) calendar days. Any motion to extend this Order must be filed by August 25, 2021.

/s/ Martha M. Pacold
Martha M. Pacold
United States District Judge

**Lynyrd Skynyrd Productions, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-04250**

# Schedule A

| | Defendant Online Marketplace Accounts | |
|---|---|---|
| No | URL | Name / Alias |
| 1 | aliexpress.com/store/4648089 | Good For 007 Store |
| 2 | aliexpress.com/store/5594104 | A Libaba Store |
| 3 | aliexpress.com/store/910948055 | Shop910948055 Store |
| 4 | aliexpress.com/store/912012053 | Freedo Shirt Store |
| 5 | aliexpress.com/store/912017205 | shop5498874 Store |
| 6 | amazon.com/sp?seller=A102HYN0AW5HSD | Qingqu Tata |
| 7 | amazon.com/sp?seller=A10CCCQDKFLFIO | TaiYuanShiWanFuYiLiaoQiXieYouXianGongSi |
| 8 | amazon.com/sp?seller=A13DMVE3CXNWYQ | hai kou luo fu ya bai huo dian |
| 9 | amazon.com/sp?seller=A14SFP4LIW6JWR | Rungao |
| 10 | amazon.com/sp?seller=A15JSLO2X27UIV | Yong Bin Communication Shop |
| 11 | amazon.com/sp?seller=A16OL79M5M8JMZ | ZZZZlinyaolinyao |
| 12 | amazon.com/sp?seller=A17I1HB03FVXXJ | Busuness ODDA |
| 13 | amazon.com/sp?seller=A19JFV5MU9W2FA | A19JFV5MU9W2FA |
| 14 | amazon.com/sp?seller=A1BY8PC1T26J1N | Binlin Tec |
| 15 | amazon.com/sp?seller=A1CVHOWVVDNZ27 | gansuzhifenjianzhugongchengyouxiangong |
| 16 | amazon.com/sp?seller=A1DPV4ZG1SD82E | A1DPV4ZG1SD82E |
| 17 | amazon.com/sp?seller=A1GPQQRIP2KUBV | he guoqiang's |
| 18 | amazon.com/sp?seller=A1KHYFW26IAIGS | Outron Life |
| 19 | amazon.com/sp?seller=A1MBU1KSDHBLSW | Fuxin Jewelry |
| 20 | amazon.com/sp?seller=A1N8HSPVOPXX10 | ymbyhnji |
| 21 | amazon.com/sp?seller=A1NZ26XIY9AHQ4 | Haike Tec |
| 22 | amazon.com/sp?seller=A1O592PLZAX7PP | daijinliangshop |
| 23 | amazon.com/sp?seller=A1QK8EQQHGIBZ3 | guangzhoujiyundianzishangwuyouxiangongsi |
| 24 | amazon.com/sp?seller=A1QTJX184T2J57 | changbinbangongyongpin |
| 25 | amazon.com/sp?seller=A1RRUSSJJ772GE | Xinyao Tec |
| 26 | amazon.com/sp?seller=A1Z5SFDZHLORME | wynzen4 |
| 27 | amazon.com/sp?seller=A1ZEY7X9MTLOOT | SongYanhong Art |
| 28 | amazon.com/sp?seller=A203Q5FLUCIA71 | Oldtimes |
| 29 | amazon.com/sp?seller=A23HD883PYJ4N5 | TUYGUYG |
| 30 | amazon.com/sp?seller=A255GE23X9VENS | shuaiqiang258 |
| 31 | amazon.com/sp?seller=A28S9VCWAXE1Z6 | Benping Trading Firm |
| 32 | amazon.com/sp?seller=A2968GA3V3FDP1 | Ye Pengfei |
| 33 | amazon.com/sp?seller=A29G2WTBLBYLRM | guangzhouyutaomaoyiyouxianzerengongsi |

| | | |
|---|---|---|
| 34 | amazon.com/sp?seller=A29L70T39Y3R9B | Kongjing Tec |
| 35 | amazon.com/sp?seller=A2A8FRIZQ5W0YY | liuyanjia123 |
| 36 | amazon.com/sp?seller=A2AD8IESK8VEX7 | SHANGFYJING |
| 37 | amazon.com/sp?seller=A2BID8KJL5IAUP | BeiHaiQianXieShangMaoYouXianGongSi |
| 38 | amazon.com/sp?seller=A2BNK94W5INET6 | Cotton Su |
| 39 | amazon.com/sp?seller=A2EHK3KBIFPATP | wu jinqiang |
| 40 | amazon.com/sp?seller=A2EUJHBNEZHKB9 | WeiFangLongShengShangMaoYouXianGongSi |
| 41 | amazon.com/sp?seller=A2EV4ZG1RE1I0D | Pinghu Morandi |
| 42 | amazon.com/sp?seller=A2FUN86A7ZGL3R | guangzhoutianhequguanggashangmaoyouxiangongsi |
| 43 | amazon.com/sp?seller=A2J9U9GKXF5TVC | jipenghao |
| 44 | amazon.com/sp?seller=A2KB2FKF4KR4ZZ | Hokage Garden |
| 45 | amazon.com/sp?seller=A2LLPMABRVK3O2 | chengduboteshishangmaoyouxiangongsi |
| 46 | amazon.com/sp?seller=A2LOICYAMY5MVI | W.art.Poster |
| 47 | amazon.com/sp?seller=A2LR0TKMIUIBPJ | Marsplan |
| 48 | amazon.com/sp?seller=A2M8RZIOT3T0I6 | XGGNME |
| 49 | amazon.com/sp?seller=A2MU6LNP9G375A | zhujianmindexiaodian |
| 50 | amazon.com/sp?seller=A2PUI10NJ47FA9 | yinxiaoliang |
| 51 | amazon.com/sp?seller=A2RE9X2RY1T7RO | WuLanChaBuShiJiNingQuPanJiangFuZhuangDian |
| 52 | amazon.com/sp?seller=A2RVAY8K3XEWZN | A2RVAY8K3XEWZN |
| 53 | amazon.com/sp?seller=A2TCW2Q1T87MSC | A2TCW2Q1T87MSC |
| 54 | amazon.com/sp?seller=A2TUQUTTEX7FAJ | Huizhong mc |
| 55 | amazon.com/sp?seller=A2UBV09I1Z6GAJ | A2UBV09I1Z6GAJ |
| 56 | amazon.com/sp?seller=A2VLLFVMH1DIXY | LiuYun321 |
| 57 | amazon.com/sp?seller=A2XOZX1MX4LS31 | CY BOX |
| 58 | amazon.com/sp?seller=A2Z38KAWG3BH87 | yishen8477fe |
| 59 | amazon.com/sp?seller=A31BQK535MD3K7 | Maisionly |
| 60 | amazon.com/sp?seller=A32EBZH5J3IZKE | Huanglin Tec |
| 61 | amazon.com/sp?seller=A33C3M4MM5HMZ0 | A33C3M4MM5HMZ0 |
| 62 | amazon.com/sp?seller=A33QULMWOX0242 | wulijundexiaodian |
| 63 | amazon.com/sp?seller=A34A6TMMEHI58F | jinghexinchengdahendubaihuodian1 |
| 64 | amazon.com/sp?seller=A34P6VWVTPP3K6 | sunxiuxia |
| 65 | amazon.com/sp?seller=A35QRL19AKWZAG | IJIJYAMEI |
| 66 | amazon.com/sp?seller=A37IK9MQ6BDH9I | Yang Qinshuang |
| 67 | amazon.com/sp?seller=A3814FQRXX8HNT | A3814FQRXX8HNT |
| 68 | amazon.com/sp?seller=A39OQS9Y8J5ZJQ | kozser |
| 69 | amazon.com/sp?seller=A3EYZKL3OLV181 | SignAoli |
| 70 | amazon.com/sp?seller=A3GFUAB1XSVBYC | jingzhoushiwenhuaishangmaoyouxiangongsi |
| 71 | amazon.com/sp?seller=A3HSMOM2KKSP7X | HanGongguan |
| 72 | amazon.com/sp?seller=A3I76KYMG7DFVK | wangchangjundedian |

| | | |
|---|---|---|
| 73 | amazon.com/sp?seller=A3JTDV6CROJJRA | Ouipink |
| 74 | amazon.com/sp?seller=A3LJOYUQ5KKPMG | Versrh |
| 75 | amazon.com/sp?seller=A3MY7OIAJCCBTO | lvjinbinshop |
| 76 | amazon.com/sp?seller=A3OBJD10O35981 | Home of oil painting |
| 77 | amazon.com/sp?seller=A3R5PZVJVQ6KZN | zhenghuanlingdedian |
| 78 | amazon.com/sp?seller=A3SULPQ239Z5RQ | xcqysnm |
| 79 | amazon.com/sp?seller=A3T6PZS0X5T7X | USAUNXSQ |
| 80 | amazon.com/sp?seller=A3TM9GHWWMGEZA | QuanZhouCangTieJuJiaJuYouXianGongSi |
| 81 | amazon.com/sp?seller=A4CLXMCQYW0NF | dacangdahe |
| 82 | amazon.com/sp?seller=A73HQFI2UYL5F | Miaocun |
| 83 | amazon.com/sp?seller=ADFYRF96P8XIA | Anndys |
| 84 | amazon.com/sp?seller=AF64WH39ZMWKB | kunmingxialuokebaihuodian |
| 85 | amazon.com/sp?seller=AG4YVM6X1X5BQ | botou |
| 86 | amazon.com/sp?seller=AGE0L8CTCJQKW | AGE0L8CTCJQKW |
| 87 | amazon.com/sp?seller=AGZP2Z57R9CKL | guangzhouanyingshangfukejiyouxiangongsi |
| 88 | amazon.com/sp?seller=AHIJD08FMIS34 | FEHE US |
| 89 | amazon.com/sp?seller=AKW247B4MUPNQ | YiTaiYaWangLuoKeJiYouXian |
| 90 | amazon.com/sp?seller=ALZ9PHVHCRGV0 | BaoDingAoNiSiTeShangMaoYouXianGongS |
| 91 | amazon.com/sp?seller=AMOAM86ZQKHQ | Ginnas |
| 92 | amazon.com/sp?seller=AO3WM2VW6OYHT | shanmao keji |
| 93 | amazon.com/sp?seller=AP9MUBJEMC7V6 | Senniao Electronic Commerce |
| 94 | amazon.com/sp?seller=APWLHE8BGLR4P | XIANGFYZHU |
| 95 | amazon.com/sp?seller=AQKEZZXOKMG6X | Prime Day Deals 2021 Sale |
| 96 | amazon.com/sp?seller=AQOG60DNGCMP5 | qiufangguo |
| 97 | amazon.com/sp?seller=ASLWPY9GP9J3D | Linxun Tec |
| 98 | amazon.com/sp?seller=AUGEBX9HQ0DBG | NAOYANGMY |
| 99 | amazon.com/sp?seller=AWBS7AO81VMDP | AWBS7AO81VMDP |
| 100 | amazon.com/sp?seller=AZQQ8X67IFXXH | AZQQ8X67IFXXH |
| 101 | dhgate.com/store/20664780 | Tpx_bag |
| 102 | dhgate.com/store/21412487 | tube2020 |
| 103 | dhgate.com/store/21472392 | stylewe2020 |
| 104 | dhgate.com/store/21592428 | kidsmomdhgates |
| 105 | dhgate.com/store/21592640 | longmaskgood |
| 106 | dhgate.com/store/21592647 | cheapmaskcoco |
| 107 | dhgate.com/store/21592651 | sportshoesdhs |
| 108 | dhgate.com/store/21611318 | kingdomgate |
| 109 | dhgate.com/store/21642017 | Homewear4 |
| 110 | dhgate.com/store/21665814 | junyingerfans |
| 111 | dhgate.com/store/21665820 | Liuquleshi |
| 112 | dhgate.com/store/21682522 | pooryunsa |
| 113 | dhgate.com/store/21693744 | diysneakere |

| | | |
|---|---|---|
| 114 | wish.com/merchant/5412ab6882b9ac63dc16d976 | huangyifan fashion |
| 115 | wish.com/merchant/54193c497541ce28e2c2e271 | jiaaiyun fashion |
| 116 | wish.com/merchant/566706e63a698c07b635d688 | CHINESE STORE |
| 117 | wish.com/merchant/5a9fa5de28a2b349fbe5e024 | GuangmingHall |
| 118 | wish.com/merchant/5b6fa5643dc31e1d5d56b64c | wenmei666 |
| 119 | wish.com/merchant/5dd26a84a264fd78e1cecc74 | Benben123 |
| 120 | wish.com/merchant/5e5c8d9377179eaf1e6c9c45 | direnjing |
| 121 | wish.com/merchant/5e5f3957347345476fda50a0 | yangfan2000 |
| 122 | wish.com/merchant/5e622e59d28288419cb03d88 | Micmisecthse |
| 123 | wish.com/merchant/5e6476091c32cb1bc01333b0 | fhueyuhwn |
| 124 | wish.com/merchant/5e65f9cc00ff3726798f3d2c | wuqiuzengqian |
| 125 | wish.com/merchant/5e672d8e5890244a1d13f598 | aiquvbfu |
| 126 | wish.com/merchant/5e67883d589024939813f5a7 | wangfengmei |
| 127 | wish.com/merchant/5e678f5b29e7863bf2176d18 | zhuangzhouxiaofandian |
| 128 | wish.com/merchant/5e68783ac96e28048090ca3e | haomeiting |
| 129 | wish.com/merchant/5e6dce5d1061cf319f54e756 | MuzhongkongaokRi |
| 130 | wish.com/merchant/5e6dd7d8b274844034c1436a | LianyongliangjumSa |
| 131 | wish.com/merchant/5e7058a3cd870c483e037ede | muguangrong |
| 132 | wish.com/merchant/5e7446537f52690e99d93a63 | huihuilor |
| 133 | wish.com/merchant/5e745925ae32661b2271c57c | Rodolfo Morris |
| 134 | wish.com/merchant/5e77067f5fa907693c9ccc66 | bifdgpu |
| 135 | wish.com/merchant/5e8330e6eec4ed2f99e4bf3d | ssko1219 |

11

| | | |
|---|---|---|
| 136 | wish.com/merchant/5e8578d229e7865f032e0d9a | Charles R Roberson |
| 137 | wish.com/merchant/5e8582d8b6ab8d03801a4c49 | Rod Boboth |
| 138 | wish.com/merchant/5e902405c43b780501c7e2f4 | zhequand |
| 139 | wish.com/merchant/5e946d6aa93efffa004bd8fe | phosasdbvs |
| 140 | wish.com/merchant/5e947b312522bc9f92c76778 | nyleautgurr |
| 141 | wish.com/merchant/5e97ccddb7793e118025a063 | Toreyyy |
| 142 | wish.com/merchant/5e97e724ea18a547c5ccc5c9 | Barbara J Laws |
| 143 | wish.com/merchant/5e994d33ec96215a8aecb244 | David D Pence |
| 144 | wish.com/merchant/5e995c24eece766932664132 | bezmrqzeen |
| 145 | wish.com/merchant/5e9fdead9bf44b058f80929f | Dora Cheek |
| 146 | wish.com/merchant/5ea015e47ad2555dcf06f67e | Teresayya |
| 147 | wish.com/merchant/5ea3a209a5ae3c5f696c09ef | BillLevimSvQjU |
| 148 | wish.com/merchant/5ea3e5bf084bd012e8c3f4ac | Posoeiiui |
| 149 | wish.com/merchant/5eaa9f4b303ea7ed008065d0 | LiuKexuan0815 |
| 150 | wish.com/merchant/5ee5ad1f29e786396b0d34c5 | obsongchen |
| 151 | wish.com/merchant/5f2cec58c3412900454ee444 | Jingou Bye Faitmasion |
| 152 | wish.com/merchant/5f51c0ee2b3722cc2edef27c | hechen878507712 |
| 153 | wish.com/merchant/5f57148f5118ed6a5960aced | gaoqi988 |
| 154 | wish.com/merchant/5f59d42faa971d2285de36d2 | fdiufuytffdxz |
| 155 | wish.com/merchant/5f7940facd233d58b6f878ab | Bluckrt |
| 156 | wish.com/merchant/5f8e6da97a46cd8ac99575a3 | liting3658 |
| 157 | wish.com/merchant/5fa358ba10a2cd10a67cbdb9 | guoxi112233 |
| 158 | wish.com/merchant/5fb7cd05fac0f1e1f792c6c3 | Variedad mana |
| 159 | wish.com/merchant/5fc734d307e5bf4425137436 | zhanggaoyin123 |
| 160 | wish.com/merchant/5fd51facc4fa1b12ed6300f6 | amblychromasia |

| | | |
|---|---|---|
| 161 | wish.com/merchant/5fd5e95fc4fa1ba6446302c0 | wuwenjuan60293 |
| 162 | wish.com/merchant/5fdc2224737ea6051bc39c3c | Sha Chic Boutique |
| 163 | wish.com/merchant/5fe6cbc3a48b42ba9b621743 | licuicui5203 |
| 164 | wish.com/merchant/5ffd0bb88f26ba177c9db3c6 | lixiangbaby123 |
| 165 | wish.com/merchant/5fffb220cd18c015e9b7add1 | wangshengchao6102 |
| 166 | wish.com/merchant/60014738d1b40918b3303480 | xuxinmei2475 |
| 167 | wish.com/merchant/6006563f6dbb67052179458b | caoying3502 |
| 168 | wish.com/merchant/604c29afffd5c5005140bd4a | wanghuan7191 |
| 169 | wish.com/merchant/6056ec7863446c8722bcc49c | zhangshuting74974 |
| 170 | wish.com/merchant/607157402296b80adf73c23f | hujing269 |
| 171 | wish.com/merchant/6073ff22fa2f9c29c2135f5d | lizhengyang65589 |
| 172 | wish.com/merchant/60768b44c19996742b56813a | kongfanli48618 |
| 173 | wish.com/merchant/607d04464ca008a407d094c9 | sunjiayu10921 |
| 174 | wish.com/merchant/607d4df12645cf2dc2ee29cd | fenghao49141 |
| 175 | wish.com/merchant/607d572cf20ad60a06318ac8 | sunjie48974 |
| 176 | wish.com/merchant/608b65a011bac60b6b5b9498 | luoqilin668 |
| 177 | wish.com/merchant/6098afd82b56033a9680e1f3 | luokun63581 |
| 178 | wish.com/merchant/6099f93b9c3fd91b4479f0d0 | shenjiahong74922 |
| 179 | wish.com/merchant/609f7d652a262c0051a1cc2a | wangsong02667 |
| 180 | wish.com/merchant/60a0c4f75a81a24d3af94cde | caeac |